UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60990-CIV-SINGHAL/VALLE

DOMINGO OBANDO,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Magistrate Judge Valle's Report and Recommendation on Plaintiff's Unopposed Petition for Attorney's Fees (DE [25]), which recommends that Plaintiff's Unopposed Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act (DE [24]) be granted. Neither party has filed any objections to Judge Valle's Report and Recommendation. Thus, this Court reviews the Report and Recommendation only for clear error. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005)).

The Court has reviewed Plaintiff's Petition and Judge Valle's well-reasoned Report and Recommendation and finds no clear error. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. Magistrate Judge Valle's Report and Recommendation on Plaintiff's Unopposed Petition for Attorney's Fees (DE [25]) is **APPROVED** and **ADOPTED** in its entirety.

2. Plaintiff's Unopposed Petition for Attorney's Fees (DE [25]) is **GRANTED**. Plaintiff is awarded a total of **$5,107.54 in attorney's fees** plus **$400 in costs** to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of September 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF